US MAGISTRATE JUDGE CHERYL L. POLLAK

DATE: 7/12/12

TIME SPENT: _____

DOCKET NO. 11 CV 5291

CASE: Corbett v City

___ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ MOTION HEARING

___ OTHER/STATUS CONFERENCE
___ FINAL/PRETRIAL CONFERENCE
___ TELEPHONE CONFERENCE
___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED       ___ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

**RULINGS:**

Case settled

Papers within 30 days

Close the case, subject to reopening if the settlement is not consummated.

So ordered
JWeinstein
7/12/12

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 13 2012 ★
BROOKLYN OFFICE

V.K